IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| PAUL STOSS and | : | |
|---|---|---|
| LINDA STOSS, | : | CIVIL ACTION |
| Plaintiffs | : | |
| | : | |
| v. | : | NO. 08-5968 |
| | : | |
| SINGER FINANCIAL | : | |
| CORPORATION, et al | : | |
| Defendants | : | |

# O R D E R

**STENGEL, J.**

**AND NOW,** this 24th day of February, 2010, upon careful consideration of the defendants' motion to dismiss (Document #19), the plaintiffs' response thereto (Document # 25), and the oral argument held in this matter on November 16, 2009, IT IS **HEREBY ORDERED** that the defendants' motion is **GRANTED.**

The Clerk of Court is directed to close this case.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.